O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN SOK, | ) | CASE NO. CV 11-06878 DDP (RZ) |
|        Petitioner, | ) ) ) | ORDER – |
|   vs. | ) ) | (1) SUMMARILY DISMISSING ACTION WITHOUT PREJUDICE; |
| FRANCISCO JACQUEZ, Warden, | ) ) | and (2) DENYING STAY-AND-ABEY |
|        Respondent. | ) ) | MOTION WITHOUT PREJUDICE |

The Court will dismiss the action summarily because the habeas petitioner expressly indicates that none of his three claims has been exhausted in the state supreme court, as is required for habeas relief. The Court also will deny without prejudice his attendant motion to stay and abey this action.

Generally, Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts provides that "[i]f it plainly appears from the face of the petition and any exhibits annexed to it that the petitioner is not entitled to relief in the district court, the judge shall make an order for its summary dismissal and cause the petitioner to be notified." More specifically, the Ninth Circuit indicates that a district court presented with an entirely unexhausted petition may, or even must, dismiss the action. *Raspberry v. Garcia*, 448 F.3d 1150, 1154 (9th Cir. 2006) ("Once a district court determines that a habeas petition contains only unexhausted claims, it need not inquire further as to the

petitioner's intentions. Instead, it may simply dismiss the habeas petition for failure to exhaust."), *citing Jimenez v. Rice*, 276 F.3d 478, 481 (9th Cir. 2001) (district court is "obliged to dismiss [an entirely unexhausted petition] immediately" once respondent moves for such dismissal).

Here, Petitioner asserts three claims, but he expressly indicates that he has exhausted none of them in the California Supreme Court either on direct review or on state habeas review. *See* Pet. ¶¶ 4 (checking box indicating no direct-appeal petition to the California Supreme Court), 7(a)(3)-(4), 7(b)(3)-(4), 7(c)(3)-(4) (checking boxes indicating no habeas submission to California Supreme Court for all three claims). Moreover, the Court takes judicial notice, based on a search of public records at the website http://appellatecases.courtinfo.ca.gov/, that no person with Petitioner's first and last name (John Sok) has litigated any action in the California Supreme Court.

Accordingly, the Petition is DISMISSED WITHOUT PREJUDICE. The stay and abey motion presented along with the petition likewise is DENIED WITHOUT PREJUDICE.

DATED: March 1, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE